1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

14
15   MALCOLM J. ROBBINS,                        Case No. 91-cv-04768-TJH
16                 Petitioner,
                                                **ORDER DISMISSINGPROCEEDING AS
17          v.                                  MOOT DUE TO PETITIONER'S
                                                DEATH** [435] [JS-6]
18   KEN CLARK, Warden,
19                 Respondent.
20
21
22
23
24
25
26
27
28

1

The Court, having been advised that Petitioner Malcolm J. Robbins died on January 27, 2023, HEREBY ORDERS that this case is dismissed as moot.

IT IS SO ORDERED.

DATED: FEBRUARY 16, 2023

_____
HONORABLE TERRY J. HATTER, Jr.
United States District Judge

Presented by:

*/s/ John S. Crouchley*
_____
JOHN S. CROUCHLEY
Deputy Federal Public Defender

2